# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  TAMMIE BELL        :    CHAPTER 13
                           :
       Debtor(s)           :    CASE NO. 21-10945

## WITHDRAWAL AND ENTRY OF APPEARANCE FOR DEBTOR

To the Clerk:

    Please note my WITHDRAWAL as counsel for Debtor, Tammie Bell.

April 5, 2022                              YOUNG, MARR, MALLIS & DEANE

                                                                  /s/ Cameron Deane
                                                                  Cameron Deane, Esquire
                                                                  3554 Hulmeville Road, Suite 102
                                                                  Bensalem PA  19020
                                                                  215-639-5297
                                                                  Fax 215-639-1344
                                                                  support@ymalaw.com


To the Clerk:

    Kindly enter my APPEARANCE as counsel for Debtor, Tammie Bell.

April 5, 2022                              YOUNG, MARR, MALLIS & DEANE

                                                                  /s/ Paul H. Young
                                                                  Paul H. Young, Esquire
                                                                 3554 Hulmeville Road, Suite 102
                                                                 Bensalem PA  19020
                                                                215-639-5297
                                                                Fax 215-639-1344
                                                                support@ymalaw.com