United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 21-10945-amc |
| Tammie Bell | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Apr 21, 2022 | Form ID: 155 | Total Noticed: 28 |

The following symbols are used throughout this certificate:

**Symbol    Definition**

\+         Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++        Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 23, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Tammie Bell, 2210 Fleetwing Drive, Levittown, PA 19057-4114 |
| 14597700 | ++ | AR RESOURCES INC, PO BOX 1056, BLUE BELL PA 19422-0287 address filed with court:, AR Resources, Inc., Attn: Bankruptcy, Po Box 1056, Blue Bell, PA 19422 |
| 14597701 | ++ | AR RESOURCES INC, PO BOX 1056, BLUE BELL PA 19422-0287 address filed with court:, AR Resources, Inc., Pob 1056, Blue Bell, PA 19422 |
| 14597705 | + | Fair Collections & Outsourcing, 12304 Baltimore Ave, Beltsville, MD 20705-1314 |
| 14597704 | + | Fair Collections & Outsourcing, Attn: Bankruptcy Dept, 12304 Baltimore Ave Suite #E, Beltsville, MD 20705-1314 |
| 14598863 | + | Lakeview Loan Servicing, LLC, c/o Stern & Eisenberg, PC, 1581 Main Street, Suite 200, Warrington, PA 18976-3403 |
| 14649220 | + | Lakeview Loan Servicing, LLC, 4425 Ponce De Leon Blvd. 5th Floor, Coral Gables, Florida 33146-1873 |
| 14673330 | + | Lakeview Loan Servicing, LLC, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14597716 | + | Young, Marr & Associates, LLC, 3554 Hulmeville Road, Suite 102, Bensalem, PA 19020-4366 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14597700 | | Email/Text: collectors@arresourcesinc.com | Apr 21 2022 23:55:00 | AR Resources, Inc., Attn: Bankruptcy, Po Box 1056, Blue Bell, PA 19422 |
| 14597701 | | Email/Text: collectors@arresourcesinc.com | Apr 21 2022 23:55:00 | AR Resources, Inc., Pob 1056, Blue Bell, PA 19422 |
| 14614365 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 22 2022 00:02:50 | Ashley Funding Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14597702 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 22 2022 00:02:49 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14597703 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 22 2022 00:02:49 | Capital One, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 14608801 | + | Email/PDF: ebn_ais@aisinfo.com | Apr 22 2022 00:02:50 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14614363 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 22 2022 00:02:52 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14613098 | + | Email/Text: SERVICINGMAILHUB@flagstar.com | Apr 21 2022 23:55:00 | Lakeview Loan Servicing, LLC, C/O Flagstar Bank, FSB, 5151 Corporate Drive, Troy, MI 48098-2639 |
| 14597706 | | Email/Text: ml-ebn@missionlane.com | Apr 21 2022 23:55:00 | Mission Lane LLC, Attn: Bankruptcy, Po Box 105286, Atlanta, GA 30348 |
| 14597707 | | Email/Text: ml-ebn@missionlane.com | Apr 21 2022 23:55:00 | Mission Lane LLC, Po Box 105286, Atlanta, GA 30304 |
| 14607081 | + | Email/Text: ecfbankruptcy@progleasing.com | Apr 21 2022 23:55:00 | NPRTO North-East, LLC, 256 West Data Drive, Draper, UT 84020-2315 |
| 14597708 | + | Email/PDF: pa_dc_claims@navient.com | | |

| Recipient ID | | Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 14597709 | + | Email/PDF: pa_dc_ed@navient.com | Apr 22 2022 00:02:52 | Navient, Attn: Claims Dept, Po Box 9500, Wilkes-Barre, PA 18773-9500 |
| 14610844 | | Email/PDF: pa_dc_ed@navient.com | Apr 22 2022 00:02:49 | Navient, Po Box 9635, Wilkes Barre, PA 18773-9635 |
| | | | Apr 22 2022 00:02:52 | Navient Solutions, LLC. on behalf of, Department of Education Loan Services, PO BOX 9635, Wilkes-Barre, PA 18773-9635 |
| 14597711 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 22 2022 00:02:55 | Portfolio Recovery Associates, LLC, 120 Corporate Blvd Ste 100, Norfolk, VA 23502 |
| 14597710 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 22 2022 00:02:52 | Portfolio Recovery Associates, LLC, Attn: Bankruptcy, 120 Corporate Boulevard, Norfolk, VA 23502 |
| 14613504 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 22 2022 00:02:55 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14597713 | | Email/Text: bankruptcy@preferredlease.com | Apr 21 2022 23:55:00 | Preferred Lease, 5501 Headquarters Drive, Plano, TX 75024 |
| 14597712 | | Email/Text: bankruptcy@preferredlease.com | Apr 21 2022 23:55:00 | Preferred Lease, Attn: Bankruptcy, 5501 Headquarters Dr, Plano, TX 75024 |
| 14597715 | + | Email/PDF: gecsedi@recoverycorp.com | Apr 22 2022 00:02:55 | Synchrony Bank/JCPenney, Po Box 965007, Orlando, FL 32896-5007 |
| 14597714 | + | Email/PDF: gecsedi@recoverycorp.com | Apr 22 2022 00:02:50 | Synchrony Bank/JCPenney, Attn: Bankruptcy, Po Box 965064, Orlando, FL 32896-5064 |

TOTAL: 21

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Apr 23, 2022             Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 21, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| DANIEL P. JONES | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC djones@sterneisenberg.com, bkecf@sterneisenberg.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| KENNETH E. WEST | on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com  philaecf@gmail.com |
| PAUL H. YOUNG | |

| District/off: 0313-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Apr 21, 2022 | Form ID: 155 | Total Noticed: 28 |

on behalf of Debtor Tammie Bell support@ymalaw.com ykaecf@gmail.com,paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com,tkennedy@ymalaw.com,lesliebrown.paralegal@gmail.com

REBECCA ANN SOLARZ
on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC bkgroup@kmllawgroup.com, rsolarz@kmllawgroup.com

STEVEN P KELLY
on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC skelly@sterneisenberg.com, bkecf@sterneisenberg.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 7

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: Tammie Bell
    Debtor(s)

Chapter: 13

Bankruptcy No: 21−10945−amc

___

*ORDER CONFIRMING PLAN UNDER CHAPTER 13*

    AND NOW, this February 8, 2022 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

    A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

    B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

    C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

    Ashely M. Chan
    Judge ,
    United States Bankruptcy Court

47 − 16
Form 155