IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Tammie Bell a/k/a Tammie Edwards<br>    Debtor, | BANKRUPTCY CASE NUMBER<br>21-10945-amc |
| Nationstar Mortgage LLC as servicer for Lakeview Loan Servicing, LLC<br>    Movant. | CHAPTER 13 |
| v. | 11 U.S.C. § 362 |
| Tammie Bell a/k/a Tammie Edwards<br>    Debtor/Respondent, | |
| Kenneth E. West, Office of the Chapter 13 Standing Trustee, Trustee<br>    Additional Respondent. | |

# **O R D E R**

AND NOW, this __13th__ day of ____June____, 2023, upon the consideration of the Motion to Approve Loan Modification, no objections having been filed after notice, and finding cause to grant said Motion, it is hereby ORDERED and DECREED that Debtor's Loan Modification with Carrington Mortgage Services, LLC as servicer for BankUnited N.A. with respect to the property located at 2210 Fleetwing Drive, Levittown, PA, 19057 is hereby APPROVED.

BY THE COURT:

_____
HONORABLE ASHELY M. CHAN
UNITED STATES BANKRUPTCY JUDGE