Certificate Number: 03621-PAE-DE-037624154

Bankruptcy Case Number: 21-10945



03621-PAE-DE-037624154

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on July 26, 2023, at 3:55 o'clock PM EDT, Tammie N Edwards-bell completed a course on personal financial management given by internet by Credit Card Management Services, Inc. d/b/a Debthelper.com, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date: July 26, 2023

By: /s/Debora Velasquez

Name: Debora Velasquez

Title: Credit Counselor