United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 21-10945-amc |
| Tammie Bell | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Jul 27, 2023 | Form ID: 138OBJ | Total Noticed: 33 |

The following symbols are used throughout this certificate:
**Symbol   Definition**

+   Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^   Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 29, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Tammie Bell, 2210 Fleetwing Drive, Levittown, PA 19057-4114 |
| 14780456 | + | Nationstar Mortgage LLC as servicer for, Lakeview Loan Servicing, LLC, c/o Lorraine Gazzara Doyle, LOGS Legal Group LLP, 3600 Horizon Drive, Suite 150 King of Prussia, PA 19406-4702 |
| 14597716 | + | Young, Marr & Associates, LLC, 3554 Hulmeville Road, Suite 102, Bensalem, PA 19020-4366 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Jul 27 2023 23:35:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jul 27 2023 23:35:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14597700 | | Email/Text: collectors@arresourcesinc.com | Jul 27 2023 23:35:00 | AR Resources, Inc., Attn: Bankruptcy, Po Box 1056, Blue Bell, PA 19422 |
| 14597701 | | Email/Text: collectors@arresourcesinc.com | Jul 27 2023 23:35:00 | AR Resources, Inc., Pob 1056, Blue Bell, PA 19422 |
| 14614365 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 27 2023 23:39:55 | Ashley Funding Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14597702 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 27 2023 23:39:42 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14597703 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 27 2023 23:50:12 | Capital One, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 14608801 | + | Email/PDF: ebn_ais@aisinfo.com | Jul 27 2023 23:39:54 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14597705 | + | Email/Text: bankruptcy@fco.com | Jul 27 2023 23:35:00 | Fair Collections & Outsourcing, 12304 Baltimore Ave, Beltsville, MD 20705-1314 |
| 14597704 | + | Email/Text: bankruptcy@fco.com | Jul 27 2023 23:35:00 | Fair Collections & Outsourcing, Attn: Bankruptcy Dept, 12304 Baltimore Ave Suite #E, Beltsville, MD 20705-1314 |
| 14614363 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 27 2023 23:39:26 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14715981 | + | Email/Text: nsm_bk_notices@mrcooper.com | Jul 27 2023 23:34:00 | Lakeview Loan Servicing, LLC, C/O RightPath Servicing, PO Box 619096, Dallas, TX 75261-9096 |
| 14673330 | ^ | MEBN | Jul 27 2023 23:33:13 | Lakeview Loan Servicing, LLC, C/O KML Law Group, 701 Market Street Suite 5000, |

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jul 27, 2023 | Form ID: 138OBJ | Total Noticed: 33 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Philadelphia, PA. 19106-1541 |
| 14649220 | + | Email/Text: nsm_bk_notices@mrcooper.com | Jul 27 2023 23:34:00 | Lakeview Loan Servicing, LLC, 4425 Ponce De Leon Blvd. 5th Floor, Coral Gables, Florida 33146-1837 |
| 14613098 | + | Email/Text: SERVICINGMAILHUB@flagstar.com | Jul 27 2023 23:35:00 | Lakeview Loan Servicing, LLC, C/O Flagstar Bank, FSB, 5151 Corporate Drive, Troy, MI 48098-2639 |
| 14598863 | ^ | MEBN | Jul 27 2023 23:33:15 | Lakeview Loan Servicing, LLC, c/o Stern & Eisenberg, PC, 1581 Main Street, Suite 200, Warrington, PA 18976-3403 |
| 14780405 | + | Email/Text: nsm_bk_notices@mrcooper.com | Jul 27 2023 23:34:00 | Lakeview Loan Servicing, LLC, P.O. Box 619096, Dallas, TX 75261-9096 |
| 14597706 | | Email/Text: ml-ebn@missionlane.com | Jul 27 2023 23:34:00 | Mission Lane LLC, Attn: Bankruptcy, Po Box 105286, Atlanta, GA 30348 |
| 14597707 | | Email/Text: ml-ebn@missionlane.com | Jul 27 2023 23:34:00 | Mission Lane LLC, Po Box 105286, Atlanta, GA 30304 |
| 14607081 | + | Email/Text: ecfbankruptcy@progleasing.com | Jul 27 2023 23:35:00 | NPRTO North-East, LLC, 256 West Data Drive, Draper, UT 84020-2315 |
| 14597708 | + | Email/PDF: pa_dc_claims@navient.com | Jul 27 2023 23:39:42 | Navient, Attn: Claims Dept, Po Box 9500, Wilkes-Barre, PA 18773-9500 |
| 14597709 | + | Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com | Jul 27 2023 23:39:42 | Navient, Po Box 9635, Wilkes Barre, PA 18773-9635 |
| 14610844 | | Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com | Jul 27 2023 23:50:43 | Navient Solutions, LLC. on behalf of, Department of Education Loan Services, PO BOX 9635, Wilkes-Barre, PA 18773-9635 |
| 14597711 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 27 2023 23:39:26 | Portfolio Recovery Associates, LLC, 120 Corporate Blvd Ste 100, Norfolk, VA 23502 |
| 14597710 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 27 2023 23:50:34 | Portfolio Recovery Associates, LLC, Attn: Bankruptcy, 120 Corporate Boulevard, Norfolk, VA 23502 |
| 14613504 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 27 2023 23:39:42 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14597713 | | Email/Text: bankruptcy@preferredlease.com | Jul 27 2023 23:34:00 | Preferred Lease, 5501 Headquarters Drive, Plano, TX 75024 |
| 14597712 | | Email/Text: bankruptcy@preferredlease.com | Jul 27 2023 23:34:00 | Preferred Lease, Attn: Bankruptcy, 5501 Headquarters Dr, Plano, TX 75024 |
| 14597715 | + | Email/PDF: gecsedi@recoverycorp.com | Jul 27 2023 23:50:32 | Synchrony Bank/JCPenney, Po Box 965007, Orlando, FL 32896-5007 |
| 14597714 | + | Email/PDF: gecsedi@recoverycorp.com | Jul 27 2023 23:50:31 | Synchrony Bank/JCPenney, Attn: Bankruptcy, Po Box 965064, Orlando, FL 32896-5064 |

TOTAL: 30

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14797156 | *+ | Lakeview Loan Servicing, LLC, P.O. Box 619096, Dallas, TX 75261-9096 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities**

Case 21-10945-amc   Doc 73   Filed 07/29/23   Entered 07/30/23 00:27:29   Desc Imaged
Certificate of Notice   Page 3 of 4

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 3 of 3 |
| Date Rcvd: Jul 27, 2023 | Form ID: 138OBJ | Total Noticed: 33 |

in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 29, 2023          Signature:     /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 27, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| BRIAN CRAIG NICHOLAS | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| CHRISTOPHER A. DENARDO | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC logsecf@logs.com |
| DANIEL P. JONES | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC djones@sterneisenberg.com, bkecf@sterneisenberg.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC bkgroup@kmllawgroup.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| KENNETH E. WEST | on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com philaecf@gmail.com |
| PAUL H. YOUNG | on behalf of Debtor Tammie Bell support@ymalaw.com ykaecf@gmail.com,paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com,tkennedy@ymalaw.com,lesliebrown.paralegal@gmail.com,cmccullough@ymalaw.com |
| STEVEN P KELLY | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC skelly@sterneisenberg.com, bkecf@sterneisenberg.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 9

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re: Tammie Bell

    Debtor(s)

Case No: 21−10945−amc

Chapter: 13

---

### NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

    900 Market Street
    Suite 400
    Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 7/27/23