Tammie Bell
2210 Fleetwing Dr
Levittown, Pa 19057
Tammiebell9999@gmail.com
267-778-8044
10/01/2024

US BANKRUPTCY COURT PHILADELPHIA
900 Market St # 400,
Philadelphia, PA 19107

Subject: Inquiry regarding Credit Reporting Practices

Dear US BANKRUPTCY COURT PHILADELPHIA,

    I hope this letter finds you well. I am writing to seek clarification on a matter related to the reporting of bankruptcy information to credit bureaus.

    I recently discovered that my bankruptcy information is being reported by a credit bureau. In light of this, I am reaching out to understand the policies and practices of the bankruptcy court concerning the reporting of such information to credit reporting agencies.

Specifically, I kindly request answers to the following:
1. Does the US BANKRUPTCY COURT PHILADELPHIA have a standard practice of reporting bankruptcy information to credit reporting agencies?
2. If so, could you please provide details on the information that is typically reported?

Your prompt attention to this matter is greatly appreciated, and I look forward to receiving clarification on the credit reporting practices of the US BANKRUPTCY COURT PHILADELPHIA. If there are any specific forms or procedures to follow in making the inquiry, please advise me accordingly.

Thank you for your time and assistance in resolving this matter. I appreciate your cooperation.

Sincerely,

*Tammie Bell*
Tammie Bell

Enclosures: Copy of I.D, Copy Of Social Security Card